AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FiD 11532358

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARLISA RENEA ALLEN | ) Case No. | 1:23MJ132-1 |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED MAR 17 2023 Clerk, U.S. District Court Greensboro, NC BY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlisa Renea Allen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Cocaine Hydrochloride in violation of Title 21, United States Code, Section 841(a)(1)
Conspiracy to Distribute Cocaine Hydrochloride in violation of Title 21, United States Code, Section 846
Unlawful Use of a Communication Facility in violation of Title 21, United States Code, Section 843(b)

Date: 03/15/2023 2:06 pm

*Issuing officer's signature*

City and state: Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-15-23, and the person was arrested on *(date)* 3-15-23
at *(city and state)* Durham, NC.

Date: 3-15-23

RECEIVED MAR 15 2023 US Marshals Service, M NC

*Arresting officer's signature*

Clarence Spragins, Special Agent
*Printed name and title*