# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)
    v.
Cye Leance Frasier
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case No. 1:23MJ131-1

| Presiding Judge | | | Plaintiff's Attorney | | Defendant's Attorney |
|---|---|---|---|---|---|
| Joe L. Webster | | | Mike DeFranco, AUSA | | Charles White, AFPD |
| | | | **Court Reporter** | | **Courtroom Deputy** |
| | | | Recorded | | K. Garrett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 03/23/23 | | | Clarence Spragins, SA/DEA |
| | X | 03/23/23 | | | Keitra Frasier, Wife |
| X | | 03/23/23 | 1 | | Picture of defendant on security camera (returned) |