IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:23 CR 124-2 |
| | : | |
| CARLISA RENEA ALLEN | : | |

### Motion In Limine to Exclude Expert Opinion Testimony as to Narcotic Trafficking by an Investigating Officer

The defendant, Carlisa Renea Allen, by and through counsel, herein makes the following Motion In Limine to Exclude Expert Opinion Testimony as to Narcotic Trafficking by an Investigating Officer pursuant to Federal Rule of Evidence 702 and herein states and alleges:

1. The defense anticipates that the government will seek to qualify someone as an expert in the field of narcotics trafficking in the communities of Durham County, Orange County, and Wake County.

2. The defense anticipates that the government will seek to elicit testimony from an expert witness in narcotics trafficking as to various retail sale prices of various controlled substances such as cocaine hydrochloride, fentanyl, marijuana, pills as well as the nature of certain pills.

3. The defense anticipates that the government will seek the explanation and definition of drug terminology through the use of an expert witness in drug trafficking.

4. It is essential that an expert witness be unbiased in his or her testimony and that an expert witness not be a part of the investigation of the charges to which he or she is testifying.

Now therefore, the defendant, Carlisa Allen, moves that their Honorable Court prohibit the Government from qualifying a law enforcement officer investigating the facts of this case as an expert witness as to narcotic trafficking.

This the 21st day of July, 2023.

/s/ George E. Crump, III
GEORGE E. CRUMP, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910)997-5544
Attorney for the Defendant,
Carlisa Allen

CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Michael DeFranco
>Assistant United States Attorney
>United States Attorney's Office
>101 S. Edgeworth Street
>Greensboro, NC 27401
>
>Tracy Williams Durham
>Assistant United States Attorney
>United States Attorney's Office
>101 S. Edgeworth Street, 4th Floor
>Greensboro, NC 27401

    Respectfully submitted, July 21, 2023.

>/s/ GEORGE E. CRUMP, III
>Attorney at Law  N.C.S.B. # 7676
>PO Box 1523
>Rockingham, NC 28380
>(910)997-5544
>Attorney for the Defendant,
>Carlisa Allen
>E-mail: georgecrump@bellsouth.net