IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CARLISSA RENEA ALLEN | : | 1:23CR124-2 |

## DEMAND FOR NOTICE OF ALIBI UNDER RULE 12.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorneys, and makes a demand upon the defendant for Notice of Alibi pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure.

Count two of the Second Superseding Indictment charges the defendant with an offense alleged to have occurred on February 23, 2023, at approximately 5:20 P.M., at Pantana Bob's, located at 305 West Rosemary Street, Chapel Hill, Orange County, North Carolina. Additionally, the Government intends to offer evidence at trial that on March 4, 2023, at approximately 7:15 P.M., defendant was at or near 405 Ottowa Avenue, Durham, Durham County, North Carolina, for the purpose of selling drugs to a person with the initials J.S.Z..

WHEREFORE, the United States of America demands notice of the specific place or places at which the defendant claims to have been at the times identified above and the names and addresses of the witnesses upon whom she intends to rely on to establish such alibi.

This, the 6th day of October, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351


/S/ TRACY M. WILLIAMS-DURHAM
Assistant United States Attorney
NYSB # 5523865
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CARLISSA RENEA ALLEN | : | 1:23CR124-2 |

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George E. Crump, III

/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

/S/ TRACY M. WILLIAMS-DURHAM
Assistant United States Attorney
NYSB # 5523865
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

3